UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>                Plaintiff,<br>-vs-<br>FRANCISCO VIVANCO-GONZALEZ,<br>                Defendant. | NO.    CR-06-2101-WFN-1<br><br>ORDER |

A second pretrial conference and motion hearing was held September 6, 2006. The Defendant, who is in custody, was present and represented by Kurt Rowland and assisted by Court-appointed interpreter Carlos Radillo; Assistant United States Attorney Jane Kirk represented the Government.

Pending before the Court was Defendant's Motion to Dismiss the Indictment. The Court has reviewed the file and pending motion and is fully informed. This Order is entered to memorialize and supplement the oral rulings of the Court. Accordingly,

**IT IS ORDERED** that:

1. Defendant's Motion to Dismiss the Indictment, filed August 9, 2006, **Ct. Rec. 27**, is **DENIED** for the reasons stated on the record.

2. Defendant's oral motion to continue trial is **GRANTED**.

The Court finds that the ends of justice served by the granting of a continuance of the trial in this matter outweigh the best interests of the public and the Defendant in a speedy trial. A trial date of September 18, 2006 would unreasonably deny defense counsel adequate

ORDER - 1

1  time to review the case and determine if the Defendant will qualify for the fast track program
2  and provide effective assistance of counsel, taking into account the exercise of due diligence.

3.  The trial date of September 18, 2006, is **STRICKEN and RESET to October 16, 2006, at 1:00 p.m., in Yakima,** Washington.

4.  All time from the trial date of September 18, 2006, to the new trial date of October 16, 2006, is **EXCLUDED** for speedy trial calculations pursuant to 18 U.S.C. § 3161(h)(8)(A). The Defendant has signed a waiver of his speedy trial rights.

5.  The final pretrial conference of September 18, 2006, is **STRICKEN and RESET to October 16, 2006, at 11:00 a.m., in Yakima,** Washington.

6.  Trial briefs, motions in limine, requested voir dire, witness and exhibit lists, and a set of proposed **JOINT JURY INSTRUCTIONS** shall be filed and served on or before **October 2, 2006**.

Jury instructions should only address issues that are unique to this case, and shall include instructions regarding the elements of each claim, any necessary definitions and a proposed verdict form.

The Joint Proposed Jury Instructions shall include:

(a)  The instructions on which the parties agree; and

(b)  Copies of instructions that are disputed (i.e., a copy of each party's proposed version of an instruction upon which they do not agree). All jury instructions from the most current edition of the Ninth Circuit Manual of Model Jury Instructions may be proposed by number. The submission of the Joint Proposed Jury Instructions will satisfy the requirements of LR 51.1(c).

Each party shall address any objections they have to instructions proposed by any other party in a memorandum. The parties shall identify the specific portion of any proposed instruction to which they object and shall elaborate the basis for the objection. Objections asserting that an instruction sets forth an incorrect statement of law shall describe the legal

ORDER - 2

1 authority that supports this objection. Failure to file an objection and supporting argument
2 may be construed as consent to the adoption of an instruction proposed by another party.

3     7. An additional pretrial conference and motion hearing shall be held **September 28,**
4 **2006, at 3:00 p.m., in Yakima,** Washington.

5     8. All time from the filing of Defendant's Motion to Dismiss Case on August 9, 2006,
6 to the date of the hearing on September 6, 2006 is **EXCLUDED** for speedy trial calculations
7 pursuant to 18 U.S.C. § 3161(h)(1)(F).

8     The District Court Executive is directed to file this Order and provide copies to
9 counsel.

10     **DATED** this 11th day of September, 2006.

                                              s/ Wm. Fremming Nielsen
                                              WM. FREMMING NIELSEN
13 09-07                         SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 3